IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 11-cv-02968-MSK-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: March 9, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*  *Counsel:*

VIDEOPOLIS SA, *et al*.,  Jonathan Stuart Pink

    Plaintiff,

v.

TRIPTELEVISION, *et al*.,  Steven C. Janiszewski

    Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:     1:31 p.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the Telephonic Status Conference held on March 1, 2012.  Mr. Pink advises the court that he has had a chance to speak with his client.  Mr. Pink makes an oral motion to withdraw plaintiff's MOTION for Default Judgment as to Defendants TripTelevision and Kulin L. Strimbu (Docket No. 14, filed on 2/8/2012).

**ORDERED:**   The court **GRANTS** the plaintiff's oral motion.  The plaintiff's MOTION for Default Judgment as to Defendants TripTelevision and Kulin L. Strimbu (Docket No. 14, filed on 2/8/2012) is **WITHDRAWN**.  In light of this motion being withdrawn, the Clerk's Entry of Default Judgment shall be **VACATED**.

Discussion regarding Judge Krieger's practice standards and a possible time line for the setting of the Final Pretrial Conference and Trial.

Discussion regarding setting a Scheduling Conference.  Mr. Janiszewski would like to be able to appear by telephone.  The court advises Mr. Janiszewski that he will need to be physically

present for the Final Pretrial Conference but may appear by telephone for the Scheduling Conference.  *Mr. Janiszewski shall contact the court (303.844.2117) at the scheduled time*.

**ORDERED:** The court has set a Scheduling Conference for **March 21, 2012 at 10:00 a.m.**  In accordance with D.C.COLO. ECF. PROC. 5.12, the parties shall file their proposed Scheduling Order (and also email an editable version to Shaffer_Chambers@cod.uscourts.gov) **no later than the close of business on March 19, 2012.**  The parties must have their 26(f) meeting completed between now and **March 19, 2012**.  The parties shall fulfill their 26(a) disclosures **no later than March 20, 2012**.

Discussion regarding the plaintiff's MOTION for Attorney Fees and Costs Under Rule 4(d)(2) of the Federal Rules of Civil Procedure (Docket No. 18, filed on 2/24/2012).  Mr. Janiszewski advises the court that his client has agreed to make the payment and has mailed out a check to the plaintiff.  Mr. Pink advises the court that he would like to leave this motion pending and revisit this at the Scheduling Conference to allow enough time for receipt of the check.

HEARING CONCLUDED.

**Court in recess:**   **1:40 p.m.**
Total time in court:   00:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.